# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0093. IN THE INTEREST OF B. O.**

Minor child B. O. has filed a MOTION FOR EXTENSION OF TIME to file an application for discretionary review of an October 31, 2025 order terminating the parental rights of B. O.'s mother and putative biological father. The motion is hereby GRANTED. The movant is granted a 30-day extension resulting in a due date of December 31, 2025, and advised that such date is not a public and legal holiday which would extend the filing deadline under OCGA § 1-3-1(d)(3). No further extensions will be granted. See Ga. Ct. App. R. 16(c).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/21/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*